**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re**: | § | |
| | § | |
| | § | |
| *MOSAIC SWNG LLC* | § | |
| | § | **Case No. (25-90010-11)** |
| **Debtor.** | § | **(Complex Case)** |
| | § | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S
SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS
OF FINANCIAL AFFAIRS**

Mosaic SWNG LLC ("**Debtor**") in the above-captioned chapter 11 case has filed Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**Statements**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**"). The Debtor, with the assistance of legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules and Statements of Financial Affairs* (the "**Global Notes**") are incorporated by reference and comprise an integral part of the Debtor's Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements.

While the Debtor has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based on information which was available at the time of preparation, the subsequent receipt or discovery of information and/or further review and analysis of the Debtor's books and records may result in material changes to financial data and other information contained in these Schedules and Statements, and inadvertent errors or omissions may exist.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

Nothing contained in the Schedules and Statements shall constitute a waiver of rights or judicial admission with respect to Debtor's chapter 11 case including, but not limited to, any issues involving pending litigation by or against the Debtor, or any employees, officers,

directors, agents, affiliates or insiders of the Debtor, objections to claims, equitable subordination, defenses, characterization or recharacterization of contracts, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

The Debtor and its officers, employees, agents, attorneys, and consultants do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtor and its officers, employees, agents, attorneys, and consultants expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtor, on behalf of itself, its officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

In reviewing and signing the Schedules and Statements, the Debtor's representative relied upon the efforts, statements and representations of Debtor's other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

The Global Notes are in addition to any specific notes contained in the Schedules or Statements. The Schedules and Statements and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtor.

## **Global Notes and Overview of Methodology**

1.  **Description of Case.** On January 30, 2025, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code under Case No. 25-90010 ("**Mosaic Debtor**").

2.  **Global Notes Control.** These Global Notes pertain to and comprise an integral part of the Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3.  **Reservations and Limitations.** Management has used its best efforts to ascertain the information required to complete the Schedules and Statements. However, as noted above, inaccuracies, inadvertent errors or omissions may exist due to the lack of information. The Debtor reserves all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and

Statements constitutes a waiver of any of the Debtor's rights or an admission of any kind with respect to this chapter 11case, including, but not limited to, any rights or claims of the Debtor against any third party or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a) **No Admission.** Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of any Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

(b) **Recharacterization.** Notwithstanding that the Debtor has made commercially reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

(c) **Classifications.** Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of any Debtor's rights to recharacterize or reclassify such claim or contract.

(d) **Claims Description.** Any failure to designate a claim on the Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by the Debtor. The Debtor reserves all rights to amend its Schedules and Statement as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(e) **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statement, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

(f) **Causes of Action.** Despite commercially reasonable efforts, the Debtor may not

have identified all current and potential causes of action the Debtor may have against third parties in its Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtor reserves all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules and Statements should be construed as a waiver of any such causes of action.

(g) **Intellectual Property Rights.** Exclusion of certain intellectual property from the Schedules and Statements should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property rights in the Schedules and Statements should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(h) **Insiders.** In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtor has included information with respect to certain individuals who served as officers and directors, as the case may be, during the relevant time periods. Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for: (i) the purposes of determining (A) control of the Debtor; (B) the extent to which any individual exercised management responsibilities or functions; (C) corporate decision-making authority over the Debtor; or (D) whether such individual could successfully argue that he is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (ii) any other purpose.

4. **Methodology.**

(a) **Basis of Presentation.** The Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to be fully reconciled to the financial statements of the Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect the Debtor's commercially reasonable efforts to report the assets and liabilities of the Debtor.

(b) **Confidential Information.** There may be instances in the Schedules and Statements where the Debtor deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Generally, the

Debtor has used this approach because of a confidentiality agreement between the Debtor and a third party, for the protection of sensitive commercial information, or for the privacy of an individual.

(c)     **Duplication.** Certain of the Debtor's assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtor has endeavored to only list such assets, liabilities, and prepetition payments once.

(d)     **Net Book Value.** In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to the Debtor. Accordingly, unless otherwise indicated, the Debtor's Schedules and Statements reflect net book values. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements, or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtor's with respect to such asset.

(e)     **Undetermined Amounts.** The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

(f)     **Unliquidated Amounts.** Amounts that could not be fairly quantified by any Debtor are scheduled as "unliquidated".

(g)     **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(h)     **Property and Equipment.** Unless otherwise indicated, owned property and equipment are valued at net book value. The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors. To the extent possible, any such leases are listed in the Schedules and Statements. Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect thereto.

(i)     **Allocation of Liabilities.** The Debtor's allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

(j)     **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtor or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the

Debtor on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and critical vendor payments, if applicable. The Debtor reserves all of its rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules.

(k)    **Guarantees and Indemnification Claims.** The Debtor has exercised commercially reasonable efforts to locate and identify guarantees of its executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees or indemnification claims have been identified, they have been included in Schedules E/F, G and H. The Debtor may have inadvertently omitted guarantees or indemnifications embedded in their contractual agreements and may identify additional guarantees or indemnifications as it continues to review its books and records and contractual agreements. The Debtor reserves its rights, but is not required, to amend the Schedules and Statements if additional guarantees are identified.

(l)    **Excluded Assets and Liabilities.** The Debtor has excluded certain categories of assets and liabilities from the Schedules and Statements, including, but not limited to: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits. Other immaterial assets and liabilities may also have been excluded.

(m)    **Liens.** The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any liens.

(n)    **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

5.    **Specific Disclosures for Schedules of Assets and Liabilities.**

(a)    **Schedules Summary**. Except as otherwise noted, the asset totals and liability information represent amounts as of the Petition Date.

(b)    **Schedule A** – ***Real Property***. The Debtor owns a multi-family residential apartment complex. The value of the Debtor's property is estimated at a range which includes the values assigned by Harris County appraisal district for 2024 (low end of value) and value estimated by the Debtor as a maximum (high end of value).

     *(I)*    Mosaic Debtor – Mosaic Debtor owns a 504-unit multi-family residential apartment complex located at 4025 Burke Road, Pasadena, TX ("**Mosaic Property**"). Mosaic Debtor estimates that the range of values for the Mosaic Property is between $44,468,438.00 and $65,000,000.00, based upon market conditions, property condition and related variables existing as of the Petition Date. The low value indicated for the Mosaic Property is based upon the real property

valuation for 2024 assessed by Harris County Appraisal District and the high value is Debtor's estimation of value under optimal market conditions.

(c)   **Schedule B -*Personal Property*.**  Certain personal property of the Debtor could arguably be listed in response to more than one Schedule B question. In such cases, the Debtor has endeavored to list such property once in the most appropriate category. Notwithstanding the foregoing, the Debtor is unable to determine with certainty how much of the accounts receivable will be collected, although collection of a significant portion of accounts receivable over 90 days is doubtful. Office furniture and office equipment have been listed at net book value, which is net of accumulated depreciation.

In the ordinary course of its business, the Debtor may have accrued certain rights to counterclaims, cross-claims, setoffs, credits, rebates, or refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, the Debtor may be party to pending litigation in which the Debtor has asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant. Because such claims are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

(d)   **Schedule D - *Creditors Holding Secured Claims*.**  The listing of a claim in Schedule D does not constitute an admission by the Debtor that such claim is entitled to secured treatment under the Bankruptcy Code and does not constitute a waiver of any right to recharacterize or reclassify such claim. The Debtor reserves the right to dispute the nature, validity and amount of each of these claims and listing of the same in Schedule D shall not be deemed a waiver of any objections of causes of action.

(e)   **Schedule E - *Creditors Holding Unsecured Priority Claims*.**  The listing of a claim on Schedule E does not constitute an admission by the Debtor that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code and does not constitute a waiver of any right to recharacterize or reclassify such claim. Prepetition compensation listed on Schedule E is paid through the Debtor's management company for the benefit of the Debtor.

(f)   **Schedule F - *Creditors Holding Unsecured Nonpriority Claims*.**  The claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While best efforts have been made, the determination of each date upon which each claim on Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each claim listed on Schedule F.

Schedule F permits the Debtor to designate a claim as disputed, contingent and/or unliquidated. A failure to designate a claim on Schedule F as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on Schedule F as to amount, liability or status.

(g)     **Schedule G** - ***Executory Contract and Unexpired Leases***.  While every effort has been made to ensure the accuracy of the Schedule of Executory Contracts and Unexpired Leases, inadvertent errors or omissions may have occurred. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed therein. Certain of the executory agreements may not have been memorialized and could be subject to dispute. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or is enforceable.

(h)     **Schedule H** - ***Codebtors***.  In the event of any co-obligors with respect to a scheduled debt, litigation claim or guaranty of the Debtor, such co-obligator is listed on Schedule H of the Debtor, with a cross-reference to any other relevant Schedule of the Debtor listing such debt, litigation claim or guaranty.

**6.      Statement of Financial Affairs.**

*Various Statements.* Certain questions in the Statements request the Debtor to provide information for a certain time period prior to the Petition Date. Unless otherwise noted herein or elsewhere in the Statements, information provided by the Debtor is through the Petition Date.

(a)     **Statement *3 - Payments to Creditors***. The Debtor has been able to *compile* information relating to payments in the 90-day period prior to the Petition Date. The failure to list any such payments does not constitute an admission that no such payments exist but are simply unavailable at this time.

(b)     **Statement 4, 13, 30 – *Payments/Transfers/Distributions***. The Debtor has been able to *compile* information relating to payments/transfers/distributions within one year and two-year period prior to the Petition Date.  The failure to list any such payments does not constitute an admission that no such payments exist but are simply unavailable at this time.

(c)     ***Statement 7 – Legal Actions or Assignments***. The Debtor has listed all known lawsuits that have been filed. The Debtor reserves the right to supplement should any other litigation be pending but has not been learned through the

Debtor's efforts to research any existing litigation.  The Debtor has not included workers' compensation claims in response to this question.

**THE DEBTOR RESERVES THE RIGHT TO AMEND THE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS. THE DEBTOR DOES NOT WAIVE ANY ISSUE OF FACT, REMEDY, CLAIM, OR DEFENSE PERTAINING TO ANY MATTER ADDRESSED HEREIN.**

\*       \*       \*       \*       \*

**Fill in this information to identify the case:**

Debtor name        **Mosaic SWNG LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **25-90013**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 17, 2025**          X   Baruch Teitelbaum with permission by /s/ Elyse M. Farrow
                                              Signature of individual signing on behalf of debtor

                                              **Baruch Teitelbaum**
                                              Printed name

                                              **Managing Mbr Mosaic SWNG GP LLC, Mgr of Mosaic SWNG Member**
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Mosaic SWNG LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | **25-90013** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Apartments LLC 2563 Collection Center Drive Chicago, IL 60693** | | **Trade debt** | | | | **$43,967.00** |
| **Arbor Contract Carpet Inc. 1270 Silber Road Houston, TX 77055** | | **Trade debt** | **Disputed** | | | **$104,800.81** |
| **Better World Properties c/o Herd Law Firm, PLLC 19500 Tomball Parkway #250 Houston, TX 77070** | | **Better World has alleged in pleadings that they are owed in excess of $150,000. Debtor disputes the claim and the amount.** | **Unliquidated Disputed** | | | **$150,000.00** |
| **City of Pasadena 1202 Southmore Ave Pasadena, TX 77501** | | **4025 Burke Road, Pasadena, TX 77504. Legal Address: See Attached Exhibit "A-#55"** | | **$660,757.34** | **$65,000,000.00** | **$112,944.39** |
| **ConService LLC. P.O. Box 1500 Hemet, CA 92546-1500** | | **Trade debt** | **Disputed** | | | **$29,981.88** |
| **Dixie Carpet Installations Inc. 13450 S Gessner Road Missouri City, TX 77489-1096** | | **Trade debt** | **Disputed** | | | **$87,402.39** |
| **Fannie Mae c/o Walker & Dunlop 3370 Walden Avenue, Ste 114 Depew, NY 14043** | | **4025 Burke Road, Pasadena, TX 77504. Legal Address: See Attached Exhibit "A-#55"** | | **$58,166,000.00** | **$65,000,000.00** | **$58,166,000.00** |

Debtor  **Mosaic SWNG LLC**
_____       Case number *(if known)*   __**25-90013**__
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Flooring Warehouse P.O. Box 200806 Austin, TX 78720** | | **Trade debt** | | | | **$42,315.40** |
| **Four Star Builders 3616 Far W. Blvd #117-176 Austin, TX 78731** | | **Trade debt** | | | | **$264,198.19** |
| **Heritage Equity Management LLC ATTN: Legal Department 528 Prospect Street East Orange, NJ 07017** | | **Trade debt** | | | | **$321,941.54** |
| **Houston Colors Painting & Resurfacing Co 5041 Spencer Hwy Suite 300 Pasadena, TX 77505** | | **Trade debt** | **Disputed** | | | **$40,518.06** |
| **Impact Floors of TX LLC 2325 E. BELT LINE Rd. Suite 200 Carrollton, TX 75006** | | **Trade debt** | **Disputed** | | | **$44,976.98** |
| **InterSolutions LLC PO BOX 825965 Philadelphia, PA 19182-5965** | | **Trade debt** | **Disputed** | | | **$62,920.65** |
| **Lowe's Pro Supply 6910 Brasada Drive Houston, TX 77085** | | **Trade debt** | **Disputed** | | | **$32,794.96** |
| **Pleitez Carpet Cleaning 1226 Beaufort Sea Dr Houston, TX 77067** | | **Trade debt** | **Disputed** | | | **$121,284.69** |
| **Redi Carpet 10101 Fountaingate Drive Stafford, TX 77477** | | **Trade debt** | **Disputed** | | | **$31,161.47** |
| **Reliant Energy PO BOX 650475 Dallas, TX 75265-0475** | | **Utilities** | | | | **$76,439.65** |
| **SWA Property Management LLC 5116 Elm St. Houston, TX 77081** | | **Trade debt** | | | | **$157,128.81** |

Debtor   **Mosaic SWNG LLC**
         _____        Case number *(if known)*   **25-90013**
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Texpo Energy 5773 WOODWAY DR #311 Houston, TX 77057** | | **Utilities** | | | | $31,892.72 |
| **Waste Management of Texas Inc. PO Box 660345 Dallas, TX 75266** | | **Utilities** | | | | $44,683.73 |

**Fill in this information to identify the case:**

Debtor name **Mosaic SWNG LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **25-90013**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...............................................................................   $   **65,000,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................   $   **132,945.99**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................   $   **65,132,945.99**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **59,962,921.43**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................................   $   **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................................   +$   **1,876,701.97**

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b                                                                                                    $   **61,839,623.40**

**Fill in this information to identify the case:**

Debtor name    **Mosaic SWNG LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **25-90013**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Account** | **Checking** | **0301** | **$26,850.16** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**      **$26,850.16**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Commercial Property Insurance, Policy # LHD941038, Policy dates: 11/15/2024 - 11/15/2025. Payment paid by Lender through escrow.** | **Unknown** |

9.    **Total of Part 2.**      **$0.00**
     Add lines 7 through 8. Copy the total to line 81.

| Debtor | **Mosaic SWNG LLC** | Case number *(If known)* **25-90013** |
|---|---|---|
| | Name | |

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | 81,095.83 | - | 0.00 | = .... | $81,095.83 |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $81,095.83 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** <br> **Maintenance Supplies** | | $3,000.00 | Book | $3,000.00 |

| 23. | **Total of Part 5.** | $3,000.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor   **Mosaic SWNG LLC**                                    Case number *(If known)*  **25-90013**
_____
Name

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture**<br>**Desks / Chairs** | **$4,000.00** | **Book** | **$4,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer / Printers** | **$3,000.00** | **Book** | **$3,000.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$7,000.00** |
|-----|----------------------------------------------------------------------------------|----------------|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------------------------------------------------------------------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Debtor    **Mosaic SWNG LLC**                                    Case number *(If known)*  **25-90013**
_____
          Name

| Fitness Center Equipment | $15,000.00 | Book | $15,000.00 |

---

51.  **Total of Part 8.**

     Add lines 47 through 50.  Copy the total to line 87.

     | $15,000.00 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **4025 Burke Road, Pasadena, TX 77504. Legal Address: See Attached Exhibit "A-#55"** | Fee Simple | $0.00 | | $65,000,000.00 |

---

56.  **Total of Part 9.**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

     | $65,000,000.00 |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

## EXHIBIT A  #55

### Property Description

**TRACT I:**

BEING 11.8181 ACRES (514,796 SQUARE FEET) OF LAND OUT OF THAT CERTAIN 169.35 ACRE TRACT OF LAND CONVEYED BY INSTRUMENT FILED FOR RECORD UNDER HARRIS COUNTY CLERK'S FILE NO. D770523 LOCATED IN THE H. C. BURNETT SURVEY, A-1065, IN HARRIS COUNTY, TEXAS. SAID 11.8181 ACRES OF LAND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS.

BEGINNING AT A 5/8 INCH IRON ROD FOUND FOR THE NORTHWEST CORNER OF PARKGATE SECTION 4, AS RECORDED IN Volume 232, Page 116 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS;

THENCE SOUTH 02 DEGREES 30 MINUTES 21 SECONDS EAST, ALONG THE WEST LINE OF SAID PARKGATE SECTION 4, A DISTANCE OF 840.38 FEET TO A 5/8 INCH IRON ROD FOUND FOR THE NORTHEAST CORNER OF RESERVE "A", PARKGATE SECTION 1, AS RECORDED IN Volume 185, Page 47 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS;

THENCE SOUTH 87 DEGREES 29 MINUTES 39 SECONDS WEST, ALONG THE NORTH LINE OF SAID RESERVE "A", A DISTANCE OF 402.43 FEET TO A 5/8 INCH IRON ROD SET FOR A CORNER IN THE EAST LINE OF BURKE ROAD;

THENCE NORTH 02 DEGREES 01 MINUTES 45 SECONDS WEST, ALONG THE EAST LINE OF BURKE ROAD, A DISTANCE OF 54.88 FEET TO A 5/8 IRON ROD SET FOR AS ANGLE POINT;

THENCE NORTH 24 DEGREES 15 MINUTES 05 SECONDS WEST, ALONG THE EAST LINE OF BURKE ROAD, A DISTANCE OF 436.43 FEET TO AN "X" IN CONCRETE FOR AN ANGLE POINT;

THENCE NORTH 23 DEGREES 21 MINUTES 08 SECONDS WEST, ALONG THE EAST LINE OF SAID BURKE ROAD, A DISTANCE OF 529.19 FEET TO AN "X" IN CONCRETE FOR A CORNER;

THENCE NORTH 87 DEGREES 27 MINUTES 44 SECONDS EAST, A DISTANCE OF 255.98 FEET TO A 5/8 INCH IRON ROD FOUND FOR AN ANGLE POINT;

THENCE SOUTH 79 DEGREES 30 MINUTES 00 SECONDS EAST, A DISTANCE OF 509.06 FEET TO THE POINT OF BEGINNING AND CONTAINING 11.8181 ACRES (514,796 SQUARE FEET) OF LAND, MORE OR LESS.

**TRACT II:**

BEING 7.4613 ACRES (325,014 SQUARE FEET) OF LAND OUT OF RESERVE "A", PARKGATE SECTION 1, W.C.R.R. COMPANY SURVEY, A-894, PASADENA, HARRIS COUNTY, TEXAS, AS RECORDED IN Volume 185, Page 47 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS, SAID 7.4613 ACRES OF LAND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT A 5/8 INCH IRON ROD FOUND FOR THE NORTHEAST CORNER OF SAID RESERVE "A" AND THE HEREIN DESCRIBED TRACT OF LAND;

THENCE SOUTH 02 DEGREES 30 MINUTES 21 SECONDS EAST, ALONG THE EAST LINE OF SAID RESERVE "A", A DISTANCE OF 800.96 FEET TO A 5/8 INCH IRON ROD SET FOR A CORNER;

RP-2021-700325

THENCE SOUTH 87 DEGREES 29 MINUTES 39 SECONDS WEST, A DISTANCE OF 401.48 FEET TO A 5/8 INCH IRON ROD SET FOR A CORNER AND BEING IN THE EAST LINE OF BURKE ROAD (160 FOOT RIGHT-OF-WAY);

THENCE NORTH 03 DEGREES 07 MINUTES 15 SECONDS WEST, ALONG SAID EAST LINE OF BURKE ROAD, A DISTANCE OF 801.01 FEET TO A POINT FROM WHICH A 5/8 INCH IRON ROD FOUND BEARS NORTH 49 DEGREES 01 MINUTE 03 SECONDS WEST, 1.77 FEET;

THENCE 87 DEGREES 29 MINUTES 39 SECONDS EAST, ALONG THE NORTH LINE OF SAID RESERVE "A", A DISTANCE OF 410.08 FEET TO THE POINT OF BEGINNING AND CONTAINING, 7.4613 ACRES (325,014 SQUARE FEET) OF LAND MORE OR LESS.

RP-2021-700325

Debtor    **Mosaic SWNG LLC**                                        Case number *(If known)*   **25-90013**
          Name

60.   **Patents, copyrights, trademarks, and trade secrets**

61.   **Internet domain names and websites**
      **https://www.mosaicpasadena.com/**              **Unknown**                              **Unknown**

62.   **Licenses, franchises, and royalties**
      **TAA - Texas Apartment Association**            **Unknown**                              **Unknown**

63.   **Customer lists, mailing lists, or other compilations**
      **Debtor maintains a comprehensive rent rolls**
      **detailing all current and former tenants.**    **Unknown**                              **Unknown**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                          | **$0.00** |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ☐ No
      ■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor **Mosaic SWNG LLC**
Name

Case number *(If known)* **25-90013**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $26,850.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $81,095.83 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $65,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $132,945.99 | + 91b. $65,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $65,132,945.99 |

**Fill in this information to identify the case:**

Debtor name **Mosaic SWNG LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **25-90013**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **All-Tex Boiler & Plumbing LLC**<br>Creditor's Name<br><br>**10635 Tower Oaks Blvd, Ste H**<br>**Houston, TX 77070**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**4025 Burke Road, Pasadena, TX 77504. Legal Address: See Attached Exhibit "A-#55"**<br><br>**Describe the lien**<br>**Mechanic's Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | **$5,426.00** | **$65,000,000.00** |

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Fannie Mae**
**2. All-Tex Boiler & Plumbing LLC**
**3. Ameristar Screen & Glass**
**4. G.O. Plumbing Services Inc.**
**5. Monge Contracting Group LLC**
**6. Premier Contracting Service LLC**
**7. Rasa Floors & Carpet Cleaning LLC**
**8. Flor Lorena Chicas dba**
**9. Harris County Tax Assessor-Collector**
**10. City of Pasadena**
**11. City of Pasadena**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Mosaic SWNG LLC** | Case number (if known) | **25-90013** |
|---|---|---|---|
| | Name | | |

---

**2.2** | **Ameristar Screen & Glass** | | $4,686.92 | $65,000,000.00

Creditor's Name

**PO Box 29309**
**Dallas, TX 75229**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**4025 Burke Road, Pasadena, TX 77504. Legal Address: See Attached Exhibit "A-#55"**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** | **City of Pasadena** | | $660,757.34 | $65,000,000.00

Creditor's Name

**1202 Southmore Ave**
**Pasadena, TX 77501**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**4025 Burke Road, Pasadena, TX 77504. Legal Address: See Attached Exhibit "A-#55"**

**Describe the lien**
**Texas Municipal Utility Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** | **City of Pasadena** | | $422,302.52 | $65,000,000.00

Creditor's Name

**Linebarger Goggan Blair & Sampson, LLP**
**PO Box 3064**
**Houston, TX 77253-3064**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**4025 Burke Road, Pasadena, TX 77504. Legal Address: See Attached Exhibit "A-#55"**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Debtor | **Mosaic SWNG LLC** | Case number (if known) | **25-90013** |
|---|---|---|---|
| | Name | | |

---

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.5 | **Fannie Mae** | Describe debtor's property that is subject to a lien | $58,166,000.00 | $65,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **4025 Burke Road, Pasadena, TX 77504. Legal Address: See Attached Exhibit "A-#55"** | | |
| | **c/o Walker & Dunlop 3370 Walden Avenue, Ste 114 Depew, NY 14043** | | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | **Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | **Date debt was incurred** | Is anyone else liable on this claim? | | |
| | | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.6 | **Flor Lorena Chicas dba** | Describe debtor's property that is subject to a lien | $6,650.00 | $65,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **4025 Burke Road, Pasadena, TX 77504. Legal Address: See Attached Exhibit "A-#55"** | | |
| | **Texas Appliances & Constructions PO Box 6274 Katy, TX 77491** | | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | **Mechanic's Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | **Date debt was incurred** | Is anyone else liable on this claim? | | |
| | | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.7 | **G.O. Plumbing Services Inc.** | Describe debtor's property that is subject to a lien | $7,236.79 | $65,000,000.00 |
|---|---|---|---|---|

---

| Debtor | **Mosaic SWNG LLC** | Case number (if known) | **25-90013** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**13602 Luthe St.**
**Houston, TX 77039**

Creditor's mailing address

**4025 Burke Road, Pasadena, TX 77504. Legal Address: See Attached Exhibit "A-#55"**

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Harris County Tax Assessor-Collector** | **Describe debtor's property that is subject to a lien** | $541,348.96 | $65,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Susan Fuertes / Assistant County Atty**
**PO Box 2848**
**Attn: Property Tax Division**
**Houston, TX 77252**

Creditor's mailing address

**4025 Burke Road, Pasadena, TX 77504. Legal Address: See Attached Exhibit "A-#55"**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Monge Contracting Group LLC** | **Describe debtor's property that is subject to a lien** | $23,723.90 | $65,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 51**
**Barker, TX 77413**

Creditor's mailing address

**4025 Burke Road, Pasadena, TX 77504. Legal Address: See Attached Exhibit "A-#55"**

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

---

| Debtor | **Mosaic SWNG LLC** | Case number (if known) | **25-90013** |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.1 0 | **Premier Contracting Service LLC** | Describe debtor's property that is subject to a lien | $87,436.70 | $65,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **4025 Burke Road, Pasadena, TX 77504. Legal Address: See Attached Exhibit "A-#55"** | | |
| | **602 Texas Parkway** | | | |
| | **Missouri City, TX 77489** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Mechanic's Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.1 1 | **Rasa Floors & Carpet Cleaning LLC** | Describe debtor's property that is subject to a lien | $37,352.30 | $65,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **4025 Burke Road, Pasadena, TX 77504. Legal Address: See Attached Exhibit "A-#55"** | | |
| | **9411 S. Sam Houston Parkway W. Ste 100** | | | |
| | **Missouri City, TX 77489** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Mechanic's Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $59,962,921.43 |
|---|---|---|

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 5 of 6 |
|---|---|---|

| Debtor | **Mosaic SWNG LLC** | Case number (if known) | **25-90013** |
|---|---|---|---|
| | Name | | |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **City of Pasadena, Attn: Legal Dept**<br>**1149 Ellsworth Drive**<br>**Pasadena, TX 77506** | Line __2.3__ | |
| **Craig Bernstein**<br>**3500 Maple Avenue**<br>**Suite 1220**<br>**Dallas, TX 75219** | Line __2.11__ | |
| **Darrell W. Cook**<br>**Darrell W. Cook & Associates**<br>**6688 North Central Expressway, Ste 1000**<br>**Dallas, TX 75206** | Line __2.2__ | |
| **J. Hans Barcus**<br>**Barcus & Cantrell PLLC**<br>**227 TX-75 Suite 235**<br>**Huntsville, TX 77320** | Line __2.7__ | |
| **Karalynn C. Cromeens**<br>**Monge Contracting Group**<br>**1345 Campbell Road, Suite 200**<br>**Houston, TX 77055** | Line __2.9__ | |
| **Keith M. Aurzada**<br>**2850 N. Harwood Street**<br>**Suite 1500**<br>**Dallas, TX 75201** | Line __2.5__ | |
| **M&M Global Contractors LLC**<br>**9203 Highway 6 S Ste 124**<br>**PBM 410**<br>**Houston, TX 77083** | Line __2.9__ | |
| **Mark A. Sanders**<br>**11511 Katy Freeway, Ste 655**<br>**Houston, TX 77079** | Line __2.1__ | |
| **Mauricio Monge dba M&M Global Painting**<br>**8222 Wahl Manor Court**<br>**Houston, TX 77083** | Line __2.9__ | |
| **Monge Contracting Group LLC**<br>**3025 Carrizo Springs Court**<br>**Katy, TX 77449** | Line __2.9__ | |
| **Rasa Floors & Carpet Cleaning LLC**<br>**PO Box 110067**<br>**Carrollton, TX 75011** | Line __2.11__ | |
| **Walker & Dunlop LLC**<br>**Attn: Loan Servicing**<br>**7501 Wisconsin Avenue, Suite 1200E**<br>**Bethesda, MD 20814** | Line __2.5__ | |

**Fill in this information to identify the case:**

Debtor name __**Mosaic SWNG LLC**__

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known) __**25-90013**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**AAA Plumbers**<br>**PO Box 40291**<br>**Houston, TX 77240**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,949.44** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Advanced Business Copiers**<br>**14925 Stuebner Airline Rd #200**<br>**Houston, TX 77069**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,366.10** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Advanced Business Technologies**<br>**PO Box 12018**<br>**Spring, TX 77391**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$179.22** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Agua Blue Pool Service Inc.**<br>**1127 Eldridge Parkway #300-357**<br>**Houston, TX 77082**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,667.06** |

| Debtor | **Mosaic SWNG LLC** | Case number (if known) | **25-90013** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$557.49** |
|---|---|---|---|

**All Floors Carpet Cleaning**
**607 Rankin Circle N**
**Houston, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$510.00** |
|---|---|---|---|

**American Fire Systems Inc.**
**14205 Westfair W Dr**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,308.87** |
|---|---|---|---|

**AMS Billing.com**
**P.O. Box 737943**
**Dallas, TX 75373-7943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,367.17** |
|---|---|---|---|

**Apartment Data Services LLC**
**28925 Fountain Parkway**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$611.40** |
|---|---|---|---|

**Apartment Lines**
**P.O. Box 271227**
**Louisville, CO 80027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,967.00** |
|---|---|---|---|

**Apartments LLC**
**2563 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104,800.81** |
|---|---|---|---|

**Arbor Contract Carpet Inc.**
**1270 Silber Road**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mosaic SWNG LLC** | Case number (if known) | **25-90013** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Avidxchange Inc.**
**1210 AvidXchange Lane**
**Charlotte, NC 28206**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Banana Green Landscaping**
**9818 Garcroft St.**
**Houston, TX 77029**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**Better World Properties**
**c/o Herd Law Firm, PLLC**
**19500 Tomball Parkway #250**
**Houston, TX 77070**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Better World has alleged in pleadings that they are owed in excess of $150,000. Debtor disputes the claim and the amount.**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $887.06 |
|---|---|---|---|

**Charter Fire Protection Inc.**
**111 Wafer St.**
**Pasadena, TX 77506**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**City of Pasadena Permit Dept**
**PO Box 672**
**Pasadena, TX 77501**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,981.88 |
|---|---|---|---|

**ConService LLC.**
**P.O. Box 1500**
**Hemet, CA 92546-1500**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,402.39 |
|---|---|---|---|

**Dixie Carpet Installations Inc.**
**13450 S Gessner Road**
**Missouri City, TX 77489-1096**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Mosaic SWNG LLC** | | Case number (if known) | **25-90013** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Dr. Khaled Noor**<br>**183 Wilson St., #358**<br>**Brooklyn, NY 11211** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$408.37** |
|---|---|---|---|
| | **ECOTEAM LLC**<br>**3900 Valley View Lane**<br>**Irving, TX 75062-2400** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Trade debt__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,066.05** |
|---|---|---|---|
| | **Edward Ryan**<br>**2701 West Bay Area Blvd**<br>**Webster, TX 77598** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Trade debt__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$408.37** |
|---|---|---|---|
| | **Envirotrol Houston**<br>**3900 Valley View Lane**<br>**Irving, TX 75062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Trade debt__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$399.50** |
|---|---|---|---|
| | **Fast & Free**<br>**19115 Forest Trace Dr**<br>**Humble, TX 77346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Trade debt__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |
|---|---|---|---|
| | **Fire Professional Services Inc.**<br>**PO Box 57003**<br>**Webster, TX 77598** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Trade debt__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42,315.40** |
|---|---|---|---|
| | **Flooring Warehouse**<br>**P.O. Box 200806**<br>**Austin, TX 78720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** __Trade debt__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Mosaic SWNG LLC** | Case number (if known) | **25-90013** |
|---|---|---|---|

Name

---

**3.26** | **Nonpriority creditor's name and mailing address**
**Fort Bend Battery & Golf Cars LLC**
2112 1st St
Rosenberg, TX 77471

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

$11,902.09

---

**3.27** | **Nonpriority creditor's name and mailing address**
**Four Star Builders**
3616 Far W. Blvd #117-176
Austin, TX 78731

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

$264,198.19

---

**3.28** | **Nonpriority creditor's name and mailing address**
**Grace Hill**
4545 Fuller Drive, Suite 406
Irving, TX 75038

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

$588.38

---

**3.29** | **Nonpriority creditor's name and mailing address**
**Greenscapes Lawn & Landscape**
423 Carnbrook Lane
League City, TX 77573

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

$10,825.00

---

**3.30** | **Nonpriority creditor's name and mailing address**
**HandyTrac Systems LLC**
510 Staghorn Court
Alpharetta, GA 30004

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

$676.46

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Heritage Equity Management LLC**
ATTN: Legal Department
528 Prospect Street
East Orange, NJ 07017

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☒ No ☐ Yes

$321,941.54

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Hermes Law**
2550 Pacific Avenue, Ste 700
Dallas, TX 75226

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Professional Fees__

Is the claim subject to offset? ☒ No ☐ Yes

$25,867.00

---

| Debtor | **Mosaic SWNG LLC** | Case number (if known) | **25-90013** |
|---|---|---|---|
| | Name | | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,518.06** |
|---|---|---|---|

**Houston Colors Painting & Resurfacing Co**
**5041 Spencer Hwy**
**Suite 300**
**Pasadena, TX 77505**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$375.00** |
|---|---|---|---|

**Houston Fire Protection Services**
**PO Box 5692**
**Pasadena, TX 77508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44,976.98** |
|---|---|---|---|

**Impact Floors of TX LLC**
**2325 E. BELT LINE Rd. Suite 200**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,337.50** |
|---|---|---|---|

**Impact Property Solutions**
**5737 Brittmoore Road**
**Suite 200H**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62,920.65** |
|---|---|---|---|

**InterSolutions LLC**
**PO BOX 825965**
**Philadelphia, PA 19182-5965**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jason Ormsby**
**7600 Renwick Drive**
**Houston, TX 77081**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,107.90** |
|---|---|---|---|

**Kings III of America LLC**
**751 Canyon Drive Suite 100**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mosaic SWNG LLC** | Case number (if known) | **25-90013** |
|---|---|---|---|
| | Name | | |

---

**3.40**

**Nonpriority creditor's name and mailing address**
**Lowe's Pro Supply**
**6910 Brasada Drive**
**Houston, TX 77085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

$32,794.96

---

**3.41**

**Nonpriority creditor's name and mailing address**
**Pleitez Carpet Cleaning**
**1226 Beaufort Sea Dr**
**Houston, TX 77067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

$121,284.69

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Pro Energy Partners LP**
**PO Box 169**
**Texas City, TX 77592**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.43**

**Nonpriority creditor's name and mailing address**
**REALPAGE INC.**
**PO Box 842899**
**Dallas, TX 75284**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

$17,925.88

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Redi Carpet**
**10101 Fountaingate Drive**
**Stafford, TX 77477**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

$31,161.47

---

**3.45**

**Nonpriority creditor's name and mailing address**
**Reliant Energy**
**PO BOX 650475**
**Dallas, TX 75265-0475**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

$76,439.65

---

**3.46**

**Nonpriority creditor's name and mailing address**
**Rent Group Inc.**
**PO Box 740925**
**Atlanta, GA 30374-0925**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

$3,828.47

---

| Debtor | **Mosaic SWNG LLC** | Case number (if known) | **25-90013** |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,483.63** |
|---|---|---|---|
| | **ResMan**<br>**PO Box 4687**<br>**Logan, UT 84323** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,000.00** |
|---|---|---|---|
| | **S.F.A Landscaping Co.**<br>**12131 Barrett Bra Dr.**<br>**Houston, TX 77072** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$591.00** |
|---|---|---|---|
| | **Southcross Security Inc.**<br>**P.O. Box 742145**<br>**Houston, TX 77274** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,398.00** |
|---|---|---|---|
| | **Stern Risk Partners**<br>**3609 S. Wadsworth Blvd #250**<br>**Denver, CO 80235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,288.15** |
|---|---|---|---|
| | **SunCoast Plumbing Co. Inc.**<br>**1204 Missouri St.**<br>**Houston, TX 77587** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$157,128.81** |
|---|---|---|---|
| | **SWA Property Management LLC**<br>**5116 Elm St.**<br>**Houston, TX 77081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$419.50** |
|---|---|---|---|
| | **Texas Apartment Locators**<br>**10223 Broadway Suite P265**<br>**Pearland, TX 77584** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Mosaic SWNG LLC** | Case number (if known) | **25-90013** |
|---|---|---|---|
| | Name | | |

---

**3.54**

**Nonpriority creditor's name and mailing address**

**Texpo Energy**
**5773 WOODWAY DR #311**
**Houston, TX 77057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$31,892.72**

---

**3.55**

**Nonpriority creditor's name and mailing address**

**The Rent Tracker**
**3 Alpine Court #100**
**Spring Valley, NY 10977**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$6,541.66**

---

**3.56**

**Nonpriority creditor's name and mailing address**

**UMoveFree**
**1304 W. Walnut Hill Lane**
**Suite 320**
**Irving, TX 75038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$419.50**

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Virtual Leasing Systems**
**825 Town and Country Ln**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,732.00**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Waste Management of Texas Inc.**
**PO Box 660345**
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ☐ No ☐ Yes

**$44,683.73**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**White Knight Pest Control**
**1900 FM 969**
**Buda, TX 78610-2877**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ☐ No ☐ Yes

**$2,032.34**

---

**3.60**

**Nonpriority creditor's name and mailing address**

**Wood Electrical Services Inc.**
**3099 Antoine Dr.**
**Houston, TX 77092**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,639.31**

---

| Debtor | **Mosaic SWNG LLC** | Case number (if known) | **25-90013** |
|---|---|---|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,378.17 |
|---|---|---|---|

**Zillow Group Inc**
**1301 2nd Avenue - 36th Floor**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Barry S. Rabon**<br>**Redi-Carpet Inc.**<br>**9 Greenway Plaza, Ste 1000**<br>**Houston, TX 77046** | Line **3.44**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Better World Properties**<br>**350 GLENBOROUGH DR. #200**<br>**Houston, TX 77067** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Better World Properties / Terri Clifton**<br>**and Michael Knight**<br>**c/o Nathaniel Peter Holzer**<br>**1734 Santa Fe**<br>**Corpus Christi, TX 78404** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Better World Properties / Terri Clifton**<br>**and Michael Knight**<br>**c/o Mark D. Manela**<br>**440 Louisiana Street, Ste 2300**<br>**Houston, TX 77002** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Craig Bernstein**<br>**3500 Maple Avenue**<br>**Suite 1220**<br>**Dallas, TX 75219** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Craig Bernstein**<br>**3500 Maple Avenue**<br>**Suite 1220**<br>**Dallas, TX 75219** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **George A. Tony Mallers**<br>**Cowles & Thompson PC**<br>**4965 Preston Park Blvd Suite 320**<br>**Plano, TX 75093** | Line **3.35**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **George Mallers**<br>**4965 Preston Park Blvd**<br>**Suite 320**<br>**Plano, TX 75093** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Pro Energy Partners LP**<br>**14800 St. Mary's Lane, Suite 250**<br>**Houston, TX 77079** | Line **3.42**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Mosaic SWNG LLC** | Case number (if known) | **25-90013** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **Reliant Energy**<br>**PO Box 1532**<br>**Houston, TX 77251-1532** | Line __3.45__<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **1,876,701.97** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **1,876,701.97** |

---

**Fill in this information to identify the case:**

Debtor name    **Mosaic SWNG LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **25-90013**

☐ Check if this is an amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **All Tenant Rental Agreements with Mosaic SWNG LLC** | |
| State the term remaining | |
| List the contract number of any government contract | **All Tenant Contracts** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Marketing License Agreement** | |
| State the term remaining | **CoStar Information & Apartments.com 1331 L St NW Washington, DC 20005-4101** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Marketing Subscription** | |
| State the term remaining | **CoStar Information & Apartments.com 1331 L St NW Washington, DC 20005-4101** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Laundry Solutions Lease** | |
| State the term remaining | **CSC ServiceWorks, Inc. 5747 Brittmoore Road Houston, TX 77041** |
| List the contract number of any government contract | |

Debtor 1   **Mosaic SWNG LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **25-90013**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Management Contract**

State the term remaining

List the contract number of any government contract

**Heritage Equity Management LLC
ATTN: Legal Department
528 Prospect Street
East Orange, NJ 07017**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Towing Services Contract**

State the term remaining

List the contract number of any government contract

**Ranger Towing
2912 Shaver Street
Pasadena, TX 77502**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Temporary Service Agreement for Waste Containers**

State the term remaining

List the contract number of any government contract

**Republic Services #853
PO BOX 78829
Phoenix, AZ 85062**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Copy machine lease agreement**

State the term remaining

List the contract number of any government contract

**Smart Office Automation
8316 Willow Place Drive N
Houston, TX 77070**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Security Systems Agreement**

State the term remaining

List the contract number of any government contract

**Southcross Security Inc.
P.O. Box 742145
Houston, TX 77274**

**Fill in this information to identify the case:**

Debtor name __**Mosaic SWNG LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**25-90013**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Baruch Teitelbaum** | **183 Wilson St, #358 Brooklyn, NY 11211** | **Fannie Mae** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Dr. Khaled Noor** | **183 Wilson St. #358 Brooklyn, NY 11211** | **Fannie Mae** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Huntington Glen SWNG TIC 1 LLC** | **183 Wilson St, #358 Brooklyn, NY 11211 Litigation** | **Better World Properties** | ☐ D ____<br>■ E/F __3.14__<br>☐ G ____ |
| 2.4 | **Huntington Glen SWNG TIC 2 LLC** | **183 Wilson St, #358 Brooklyn, NY 11211** | **Better World Properties** | ☐ D ____<br>■ E/F __3.14__<br>☐ G ____ |
| 2.5 | **Onyx SWNG TIC 1 LLC** | **183 Wilson St, #358 Brooklyn, NY 11211 Litigation** | **Better World Properties** | ☐ D ____<br>■ E/F __3.14__<br>☐ G ____ |

| Debtor | **Mosaic SWNG LLC** | Case number *(if known)* | **25-90013** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **ONYX SWNG TIC 2 LLC** | 183 Wilson St, #358 Brooklyn, NY 11211 Litigation | **Better World Properties** | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |
| 2.7 | **SWA Property Management** | 5116 Elm Street Houston, TX 77081 They are listed on the lien | **Premier Contracting Service LLC** | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.8 | **The Avenue SWNG TIC 1, LLC** | 183 Wilson St, #358 Brooklyn, NY 11211 Litigation | **Better World Properties** | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |
| 2.9 | **The Avenue SWNG TIC 2, LLC** | 183 Wilson St, #358 Brooklyn, NY 11211 Litigation | **Better World Properties** | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |
| 2.10 | **Toro Place LLC** | 183 Wilson St., Suite 358 Brooklyn, NY 11211 Litigation | **Better World Properties** | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Mosaic SWNG LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **25-90013**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business ☐ Other _____ | Approximately **$535,000.00** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other _____ | **$6,988,231.00** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$7,128,251.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

Debtor   **Mosaic SWNG LLC**                                                    Case number *(if known)*   **25-90013**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **To be Supplemented** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached "SOFA #4"** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **MOSAIC SWNG LLC vs. PREMIER CONTRACTING SERVICE LLC**<br>**202414031** | **Other Property** | **190th District Court, Harris County**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Mosaic SWNG, LLC d/b/a Mosaic Apartments v. Astros Carpet and Painting**<br>**2024-13967** | | **151st District Court, Harris County**<br>**201 Caroline Street**<br>**Houston, TX 77002** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor   **Mosaic SWNG LLC**                                    Case number *(if known)* **25-90013**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | HYDE, STEPHANIE vs. MOSAIC SWNG LLC (DBA MOSAIC APARTMENTS)<br>202368333 | Premises | 190th District Court, Harris County<br>201 Caroline Street<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | REAL FLOORS INC (D/B/A ARBOR CONTRACT CARPET INC) vs. MOSAIC SWING LLC (D/B/A MOSAIC APARTMENTS)<br>202339025 | Debt / Contract - Debt / Contract | 295th District Court, Harris County<br>201 Caroline Street<br>Houston, TX 77002 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | Mosaic SWNG, LLC d/b/a Mosaic Apartments v. GTO Contractors<br>2024-14069 | | 80th District Court, Harris County<br>201 Caroline Street<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | HOUSTON COLORS PAINTING & RESURFACING COMPANY LLC vs. HUNTINGTON GLEN SWNG TIC 1 LLC (D/B/A HUNTINGTON GLEN APARTMENTS)<br>202335936 | Debt / Contract - Debt / Contract | 151st District Court, Harris County<br>201 Caroline Street<br>Houston, TX 77002 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | DIXIE CARPET INSTALLATIONS INC vs. HUNTINGTON GLEN SWNG TIC 1 LLC (D/B/A HUNTINGTON GLEN APARTMENTS)<br>2023-11523 | Debt / Contract | 190th District Court, Harris County<br>201 Caroline Street<br>Houston, TX 77002 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | MOSAIC SWNG LLC (D/B/A MOSAIC APARTMENTS) vs. RASA FLOORS & CARPET CLEANING LLC<br>2024-13996 | Other Property | 80th District Court, Harris County<br>201 Caroline Street<br>Houston, TX 77002 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | MOSAIC SWNG LLC vs. HARRIS CENTRAL APPRAISAL DISTRICT<br>202463756 | Tax Appraisal / Appeal Appraisal Board | 151st District Court, Harris County<br>201 Caroline Street<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | Kelley Ann Humphries and Daniell Deleon, Individually and as Representatives of the Estate of Shane Deleon, a minor child v. Mosaic SWNG, LLC<br>2024-49208 | | Harris County 151st District Court<br>201 Caroline St.<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | Redi-Carpet, Inc. v. Mosaic SWNG, LLC<br>2024-54586 | | Harris County 55th District Court<br>201 Caroline St<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **Mosaic SWNG LLC**                                    Case number *(if known)*  **25-90013**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.12 | **MOSAIC SWNG, LLC D/B/A MOSAIC APARTMENTS vs. GREENSCAPES LAWN & LANDSCAPE**<br>2024-13974 | | **Harris County 157th District Court**<br>201 Caroline Street<br>Houston, TX 77002 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.13 | **MIRAMAR TOWNHOMES SWNG 2 LLC vs. MONGE CONTRACTING GROUP**<br>2023-84153 | | **Harris County 157th District Court**<br>201 Caroline Street<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14 | **The Avenue SWNG TIC 1 LLC, The Avenue SWNG TIC 21 LLC, Onyx SWNG TIC 1 LLC, Onyx SWNG TIC 2 LLC, Mosaic SWNG LLC, Huntington Glen SWNG TIC 1 LLC, Huntington Glen SWNG TIC 2 LLC and Toro Place LLC v. Better World Properties, LLC et al.**<br>4:23-cv-031439 | | **U.S. District Court for the Southern District of Texas**<br>515 Rusk Street<br>Houston, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15 | **Intersolutions LLC v. 514 That Way, LLC dba Edgewater Apartments, Onyx SWNG TIC 1 LLC dba La Solera Apartments, ONYX SWNG TIC 2 LLC dba La Solera Apartments, Huntington Glen SWNG TIC 1 LLC, Huntington Glen SWNG TIC 2 LLC dba Huntington Glen Apartments, Toro Place LLC dba Toro Place Apartments, and Mosaic SWNG LLC dba Mosaic Apartments**<br>1237326 | | **Harris County Civil Court at Law NO 3** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.16 | **Suncoast Plumbing Co. Inc. vs. Mosaic SWNG LLC**<br>258200030396 | | **Harris County JP Precinct 8, Place 2**<br>16603 Buccaneer Lane 2nd Floor<br>Houston, TX 77062 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17 | **Mosaic SWNG LLC vs. Jamia Whittle**<br>248100469589 | Eviction | **Harris County JP Precinct 8, Place 1**<br>7330 Spencer Hwy<br>Pasadena, TX 77505 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.18 | **Mosaic SWNG LLC vs. Nicole Pena**<br>248100469594 | Eviction | **Harris County JP Precinct 8, Place 1**<br>7330 Spencer Hwy<br>Pasadena, TX 77505 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.19 | **Mosaic SWNG LLC vs. Jarred Robles**<br>248100469585 | Eviction | **Harris County JP Precinct 8, Place 1**<br>7330 Spencer Hwy<br>Pasadena, TX 77505 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor   **Mosaic SWNG LLC**                                    Case number *(if known)*   **25-90013**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.20. | **Mosaic SWNG LLC vs. April Comeaux**<br>**248100469582** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **Mosaic SWNG LLC vs. Amalia Torres**<br>**248100469577** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | **Mosaic SWNG LLC vs. Carlos Gaytan**<br>**248100469573** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | **Mosaic SWNG LLC vs. D'Marco Horsley**<br>**248100423884** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | **Mosaic SWNG LLC vs. Priscilla Moralez, Christopher Moralez**<br>**248100423883** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | **Mosaic SWNG LLC vs. Stephen Garcia**<br>**248100423875** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. | **Mosaic SWNG LLC vs. Deterica Alexander**<br>**248100423873** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. | **Mosaic SWNG LLC vs. Stephanie Fulcher**<br>**248100423872** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28. | **Mosaic SWNG LLC vs. Kelley Humphries**<br>**248100319733** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29. | **Mosaic SWNG LLC vs. Scott Kohn**<br>**248100301535** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30. | **Mosaic SWNG LLC vs. Carlos Gaytan**<br>**248100301531** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor   **Mosaic SWNG LLC**                                          Case number *(if known)*   **25-90013**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.31. | **Mosaic SWNG LLC vs. Vanessa Salazar**<br>**248100301525** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32. | **Mosaic SWNG LLC vs. Lasha Oliver**<br>**248100301522** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33. | **Mosaic SWNG LLC vs. Jose Luna**<br>**248100301518** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.34. | **Mosaic SWNG LLC vs. Toni Brown**<br>**248100272472** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.35. | **Mosaic SWNG LLC vs. Krystle Wells**<br>**248100272470** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36. | **Mosaic SWNG LLC vs. Linda Sanchez, Josefina Martinez**<br>**248100272467** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.37. | **Mosaic SWNG LLC vs. Javier Rodriguez, Martha Silva**<br>**248100236942** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.38. | **Mosaic SWNG LLC vs. Michelle Nichols, William Spitzer**<br>**248100236941** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.39. | **Mosaic SWNG LLC vs. Christopher Moralez, Priscilla Moralez**<br>**248100236927** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.40. | **Mosaic SWNG LLC vs. Angela Flores, Luis Jimenez**<br>**248100236912** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.41. | **Mosaic SWNG LLC vs. Taylor Williams**<br>**248100176482** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

Debtor   **Mosaic SWNG LLC**                                    Case number *(if known)*   **25-90013**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.42. **Mosaic SWNG LLC vs. Deyshundria Mitchell, Ty'Esha Wallace**<br>**248100176462** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.43. **Mosaic SWNG LLC vs. Javier Rodriguez, Martha Silva**<br>**248100127667** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.44. **Mosaic SWNG LLC vs. Aman Shaukat**<br>**248100127664** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.45. **Mosaic SWNG LLC vs. Daniel Flores**<br>**248100127662** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.46. **Mosaic SWNG LLC vs. Stephen Garcia**<br>**248100106348** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.47. **Mosaic SWNG LLC vs. Maria Aranda**<br>**248100106339** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.48. **Mosaic SWNG LLC vs. Izabelle Garcia**<br>**248100023633** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.49. **Mosaic SWNG LLC vs. Cynthia Postel**<br>**248100023630** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.50. **Mosaic SWNG LLC vs. Maria Aranda**<br>**248100023622** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.51. **Mosaic SWNG LLC vs. Maricela Medrano**<br>**248100023616** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.52. **Mosaic SWNG LLC vs. Tayde Cruz**<br>**248100023613** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor   **Mosaic SWNG LLC**                                    Case number *(if known)*   **25-90013**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.53· | **Mosaic SWNG LLC vs. Anthony Jones**<br>**248100023607** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.54· | **Mosaic SWNG LLC vs. Deyshundria Mitchell, Ty'Esha Wallace**<br>**248100023598** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.55· | **Mosaic SWNG LLC vs. Erasmo Garcia, Veronica Hernandez**<br>**248100023589** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.56· | **Mosaic SWNG LLC vs. James Ashford**<br>**238100423863** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.57· | **Mosaic SWNG LLC as agent for Sandridge Apts vs. Sherne Byrd**<br>**228100181297** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.58· | **Mosaic SWNG LLC as agent for Sandridge Apts vs. Eric Mccorvey**<br>**228100156782** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.59· | **Mosaic SWNG LLC as agent for Sandridge Apts vs. Arthur Blake**<br>**228100144648** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.60· | **Mosaic SWNG LLC as agent for Sandridge Apts vs. Teresa Beltran**<br>**228100144646** | **Eviction** | **Harris County JP Precinct 8, Place 1**<br>**7330 Spencer Hwy**<br>**Pasadena, TX 77505** | ☐ Pending<br>■ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Debtor | Mosaic SWNG LLC | Case number *(if known)* | 25-90013 |
| --- | --- | --- | --- |

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

|  | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Haselden Farrow PLLC**<br>**708 Main Street**<br>**10th Floor**<br>**Houston, TX 77002** |  | **01/29/25** | **$31,325.50** |
|  | **Email or website address**<br>**www.HaseldenFarrow.com** | On 01/29/25, HF received an aggregate retainer for representation for the captioned Debtors via wire transfer of $50,000 (incl $1,738 for Ch 11 filing fees) from Nord Group LLC, an affiliated real estate investment / management entity. On 01/29/25, HF applied $16,936.50, plus $1,738.00 in filing fees (aggregate amount applied $18,674.50), leaving the balance of $31,325.50. |  |  |
|  | **Who made the payment, if not debtor?**<br>**Nord Group LLC** |  |  |  |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
    List any payments or transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

Debtor     **Mosaic SWNG LLC**                                    Case number *(if known)*   **25-90013**

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **7600 Renwick Drive** **Houston, TX 77081** | **until June 2023** |

<span style="background-color:black;color:white">**Part 8:**</span>   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<span style="background-color:black;color:white">**Part 9:**</span>   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
☒  Yes. State the nature of the information collected and retained.

   **Rent roll information on each tenant**
   Does the debtor have a privacy policy about that information?
   ☐ No
   ☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

<span style="background-color:black;color:white">**Part 10:**</span>   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Debtor | **Mosaic SWNG LLC** | Case number *(if known)* | **25-90013** |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

<table>
<tr><td>**Part 11:**</td><td>**Property the Debtor Holds or Controls That the Debtor Does Not Own**</td></tr>
</table>

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

<table>
<tr><td>**Part 12:**</td><td>**Details About Environment Information**</td></tr>
</table>

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

<table>
<tr><td>**Part 13:**</td><td>**Details About the Debtor's Business or Connections to Any Business**</td></tr>
</table>

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor    **Mosaic SWNG LLC**                                                   Case number *(if known)*   **25-90013**

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Heritage Equity Management LLC** <br> **ATTN: Legal Department** <br> **528 Prospect Street** <br> **East Orange, NJ 07017** | |
| 26a.2.   **M. Kohn & Co.** <br> **21 Robert Pitt Dr.** <br> **Monsey, NY 10952** | |
| 26a.3.   **Saqif Noor** <br> **Nord Group LLC** <br> **183 Wilson St., Ste 358** <br> **Brooklyn, NY 11211** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **M. Kohn & Co.** <br> **21 Robert Pitt Dr.** <br> **Monsey, NY 10952** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Saqif Noor** <br> **Nord Group LLC** <br> **183 Wilson St., Ste 358** <br> **Brooklyn, NY 11211** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Heritage Equity Management LLC** <br> **ATTN: Legal Department** <br> **528 Prospect Street** <br> **East Orange, NJ 07017** | |
| 26c.2.   **Baruch Teitelbaum** <br> **183 Wilson St, #358** <br> **Brooklyn, NY 11211** | |
| 26c.3.   **Saqif Noor** <br> **Nord Group LLC** <br> **183 Wilson St., Ste 358** <br> **Brooklyn, NY 11211** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | **Mosaic SWNG LLC** | Case number *(if known)* | **25-90013** |
|---|---|---|---|

☐ None

| Name and address |
|---|
| 26d.1.  **Fannie Mae**<br>**c/o Keith M. Aurzada**<br>**Reed Smith LLP**<br>**2850 N. Harwood St # 1500**<br>**Dallas, TX 75201** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mosaic SWNG Member LLC** | **183 WIlson St #358**<br>**Brooklyn, NY 11211** | **Sole Member** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **MD Khaled Noor** | **183 Wilson Street, Suite 358**<br>**Brooklyn, NY 11211** | **Managing Member of Mosaic SWNG GP LLC, Manager of Mosaic SWNG Member LLC** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Baruch Teitelbaum** | **183 Wilson St, #358**<br>**Brooklyn, NY 11211** | **Managing Member of Mosaic SWNG GP LLC, Manager of Mosaic SWNG Member LLC** | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  **See attached Exhibit "SOFA #4"** | | | |
| Relationship to debtor | | | |

Debtor  **Mosaic SWNG LLC**                                    Case number *(if known)*  **25-90013**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

 ■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 17, 2025**

Baruch Teitelbaum with permission by /s/ Elyse M. Farrow        **Baruch Teitelbaum**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Mbr Mosaic SWNG GP LLC, Mgr of Mosaic SWNG Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

| Date | Category | Transaction | Type of Transaction | Transfer from Mosaic to GVA Portfolio LLC | Transfer from GVA Portfolio LLC to Mosaic |
|---|---|---|---|---|---|
| 11/14/2022 | Mosaic | Online Transfer to CHK ...0301 transaction#: 15777476221 11/14 | Account transfer | | ($4,000.00) |
| 12/8/2022 | Mosaic | Online Transfer to CHK ...0301 transaction#: 15987254342 12/08 | Account transfer | | ($38,000.00) |
| 12/9/2022 | Mosaic | Online Transfer to CHK ...0301 transaction#: 15998854054 12/09 | Account transfer | | ($8,500.00) |
| 12/9/2022 | Mosaic | Online Transfer to CHK ...0301 transaction#: 15996587182 12/09 | Account transfer | | ($130,000.00) |
| 1/6/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 16226836176 01/06 | Account transfer | | ($248,000.00) |
| 2/7/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 16499891647 02/07 | Account transfer | | ($120,000.00) |
| 2/7/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 16499882125 02/07 | Account transfer | | ($32,000.00) |
| 3/24/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 16908640216 03/24 | Account transfer | | ($13,000.00) |
| 3/29/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 16946526502 03/29 | Account transfer | | ($10,000.00) |
| 3/30/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 16955752252 03/30 | Account transfer | | ($60,000.00) |
| 3/31/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 16965658116 03/31 | Account transfer | | ($12,000.00) |
| 4/6/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 17024341243 04/06 | Account transfer | | ($40,000.00) |
| 4/13/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 17079293272 04/13 | Account transfer | | ($1,033.39) |
| 4/14/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 17087322218 04/14 | Account transfer | | ($85,000.00) |
| 4/14/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 17085729918 04/14 | Account transfer | | ($3,000.00) |
| 4/28/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 17209027526 04/28 | Account transfer | | ($8,000.00) |
| 5/1/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 17237992824 05/01 | Account transfer | | ($25,000.00) |
| 5/1/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 17237258521 05/01 | Account transfer | | ($8,100.00) |
| 5/8/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 17286603804 05/08 | Account transfer | | ($95,000.00) |
| 5/9/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 17310583023 05/09 | Account transfer | | ($10,000.00) |
| 5/11/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 17327531344 05/11 | Account transfer | | ($3,000.00) |
| 5/12/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 17337470758 05/12 | Account transfer | | ($29,000.00) |
| 5/12/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 17336733732 05/12 | Account transfer | | ($20,000.00) |
| 5/19/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 17398449995 05/19 | Account transfer | | ($15,000.00) |
| 6/8/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 17571880946 06/08 | Account transfer | | ($53,000.00) |
| 6/30/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 17765331306 | Account transfer | $83,750.00 | |
| 7/10/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 17852752980 | Account transfer | $142,000.00 | |
| 7/13/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 17875071831 | Account transfer | $20,000.00 | |
| 7/20/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 17939092438 07/20 | Account transfer | | ($350,000.00) |
| 8/9/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 18124754860 08/09 | Account transfer | | ($75,000.00) |
| 8/17/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 18190423624 08/17 | Account transfer | | ($7,000.00) |
| 9/7/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 18379606021 09/07 | Account transfer | | ($80,000.00) |
| 9/11/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 18412034870 | Account transfer | $30,000.00 | |
| 9/13/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 18433790615 09/13 | Account transfer | | ($30,000.00) |
| 9/15/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 18458700968 09/15 | Account transfer | | ($5,000.00) |
| 10/10/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 18682252329 10/10 | Account transfer | | ($90,000.00) |

EXHIBIT

SOFA #4

| Date | | Description | Type | Amount | |
|---|---|---|---|---|---|
| 10/13/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 18706083468 | Account transfer | $15,000.00 | |
| 10/24/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 18808328867 | Account transfer | $8,000.00 | |
| 10/26/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 18827879411 10/26 | Account transfer | | ($16,000.00) |
| 10/27/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 18839913918 10/27 | Account transfer | | ($2,000.00) |
| 10/27/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 18835568004 | Account transfer | $5,000.00 | |
| 11/1/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 18881767486 | Account transfer | $6,000.00 | |
| 11/13/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 18998148039 11/13 | Account transfer | | ($1,800.00) |
| 11/13/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 18997366544 11/13 | Account transfer | | ($2,000.00) |
| 11/13/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 18995299730 11/13 | Account transfer | | ($112,000.00) |
| 11/22/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 19083034280 11/22 | Account transfer | | ($3,000.00) |
| 11/22/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 19082896780 11/22 | Account transfer | | ($8,000.00) |
| 12/1/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19164006514 | Account transfer | $8,000.00 | |
| 12/4/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19193179971 | Account transfer | $44,000.00 | |
| 12/11/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19260917749 | Account transfer | $160,000.00 | |
| 12/20/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19348809940 | Account transfer | $15,000.00 | |
| 12/22/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 19366200033 12/22 | Account transfer | | ($12,000.00) |
| 12/29/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 19429492014 12/29 | Account transfer | | ($3,500.00) |
| 12/29/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19429368275 | Account transfer | $13,000.00 | |
| 1/2/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 19462070209 01/02 | Account transfer | | ($302,000.00) |
| 1/3/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19473937898 | Account transfer | $58,000.00 | |
| 1/5/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19494249700 | Account transfer | $95,000.00 | |
| 1/8/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19521169684 | Account transfer | $24,000.00 | |
| 1/11/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 19549807265 01/11 | Account transfer | | ($3,300.00) |
| 1/19/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 19622054750 01/19 | Account transfer | | ($2,467.78) |
| 1/19/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19621806287 | Account transfer | $5,000.00 | |
| 1/26/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19680729117 | Account transfer | $2,000.00 | |
| 1/26/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19683929472 | Account transfer | $7,000.00 | |
| 1/31/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 19729293448 01/31 | Account transfer | | ($370,000.00) |
| 2/6/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19790899287 | Account transfer | $150,000.00 | |
| 2/12/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 19845021256 02/12 | Account transfer | | ($230,000.00) |
| 2/15/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 19880365436 02/15 | Account transfer | | ($22,000.00) |
| 2/20/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19916805266 | Account transfer | $4,000.00 | |
| 2/21/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19932705230 | Account transfer | $2,000.00 | |
| 2/28/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 19997961492 02/28 | Account transfer | | ($10,000.00) |
| 2/29/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 20008915541 02/29 | Account transfer | | ($25,000.00) |
| 3/1/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 20015908919 03/01 | Account transfer | | ($28,000.00) |
| 3/7/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 20085233210 03/07 | Account transfer | | ($75,000.00) |
| 3/13/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 20147201478 03/13 | Account transfer | | ($2,000.00) |

| | | | | |
|---|---|---|---|---|
| 3/14/2024 Mosaic | Online Transfer to CHK ...0301 transaction#: 20154871825 03/14 | Account transfer | | ($70,000.00) |
| 3/18/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 20197437623 | Account transfer | $2,000.00 | |
| 3/18/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 20174364913 | Account transfer | $2,000.00 | |
| 3/25/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 20259919544 | Account transfer | $4,000.00 | |
| 3/26/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 20272698047 | Account transfer | $3,000.00 | |
| 3/28/2024 Mosaic | Online Transfer to CHK ...0301 transaction#: 20291088126 03/28 | Account transfer | | ($17,140.00) |
| 3/28/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 20289502645 | Account transfer | $6,000.00 | |
| 3/29/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 20301847681 | Account transfer | $4,000.00 | |
| 4/2/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 20343623830 | Account transfer | $70,000.00 | |
| 4/5/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 20383519152 | Account transfer | $120,000.00 | |
| 4/8/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 20409692128 | Account transfer | $40,000.00 | |
| 4/10/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 20426259488 | Account transfer | $18,000.00 | |
| 4/11/2024 Mosaic | Online Transfer to CHK ...0301 transaction#: 20435775214 04/11 | Account transfer | | ($42,000.00) |
| 4/12/2024 Mosaic | Online Transfer to CHK ...0301 transaction#: 20451698721 04/12 | Account transfer | | ($32,000.00) |
| 4/12/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 20451564201 | Account transfer | $35,000.00 | |
| 4/15/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 20459041875 | Account transfer | $3,000.00 | |
| 4/16/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 20486632389 | Account transfer | $6,000.00 | |
| 4/18/2024 Mosaic | Online Transfer to CHK ...0301 transaction#: 20507511472 04/18 | Account transfer | | ($298,000.00) |
| 4/19/2024 Mosaic | Online Transfer to CHK ...0301 transaction#: 20523058321 04/19 | Account transfer | | ($2,000.00) |
| 4/23/2024 Mosaic | Online Transfer to CHK ...0301 transaction#: 20553612311 04/23 | Account transfer | | ($5,000.00) |
| 4/26/2024 Mosaic | Online Transfer to CHK ...0301 transaction#: 20588105040 04/26 | Account transfer | | ($26,450.00) |
| 4/30/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 20623503757 | Account transfer | $5,000.00 | |
| 5/1/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 20642217843 | Account transfer | $5,000.00 | |
| 5/6/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 20699326326 | Account transfer | $140,000.00 | |
| 5/10/2024 Mosaic | Online Transfer to CHK ...0301 transaction#: 20741318339 05/10 | Account transfer | | ($14,000.00) |
| 5/10/2024 Mosaic | Online Transfer to CHK ...0301 transaction#: 20740117901 05/10 | Account transfer | | ($180,000.00) |
| 5/20/2024 Mosaic | Online Transfer to CHK ...0301 transaction#: 20832529924 05/20 | Account transfer | | ($5,000.00) |
| 5/24/2024 Mosaic | Online Transfer to CHK ...0301 transaction#: 20882621688 05/24 | Account transfer | | ($1,940.00) |
| 5/29/2024 Mosaic | Online Transfer to CHK ...0301 transaction#: 20924501873 05/29 | Account transfer | | ($1,200.00) |
| 5/29/2024 Mosaic | Online Transfer to CHK ...0301 transaction#: 20924510963 05/29 | Account transfer | | ($4,000.00) |
| 5/31/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 20945157796 | Account transfer | $15,000.00 | |
| 6/3/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 20981679069 | Account transfer | $20,000.00 | |
| 6/6/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 21017208255 | Account transfer | $150,000.00 | |
| 6/10/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 21056278655 | Account transfer | $32,000.00 | |
| 6/11/2024 Mosaic | Online Transfer to CHK ...0301 transaction#: 21059174831 06/11 | Account transfer | | ($4,000.00) |
| 6/12/2024 Mosaic | Online Transfer to CHK ...0301 transaction#: 21076721116 06/12 | Account transfer | | ($2,000.00) |
| 6/12/2024 Mosaic | Online Transfer to CHK ...0301 transaction#: 21073825186 06/12 | Account transfer | | ($3,000.00) |
| 6/14/2024 Mosaic | Online Transfer from CHK ...0301 transaction#: 21102297208 | Account transfer | $2,000.00 | |

| Date | | Description | Type | Amount | |
|---|---|---|---|---|---|
| 6/17/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21127353741 | Account transfer | $5,000.00 | |
| 6/18/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21134238667 06/18 | Account transfer | | ($260,000.00) |
| 6/24/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21196017469 06/24 | Account transfer | | ($1,500.00) |
| 6/24/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21198084555 | Account transfer | $183.53 | |
| 6/24/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21178405328 | Account transfer | $12,000.00 | |
| 6/26/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21215270182 | Account transfer | $4,000.00 | |
| 6/26/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21212169302 | Account transfer | $370,000.00 | |
| 6/28/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21240238465 06/28 | Account transfer | | ($3,000.00) |
| 7/2/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21287757208 07/02 | Account transfer | | ($1,000.00) |
| 7/2/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21287217421 07/02 | Account transfer | | ($3,000.00) |
| 7/2/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21283738092 07/02 | Account transfer | | ($10,000.00) |
| 7/2/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21280871596 | Account transfer | $68,000.00 | |
| 7/8/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21342680491 | Account transfer | $130,000.00 | |
| 7/9/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21353472533 07/09 | Account transfer | | ($8,000.00) |
| 7/10/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21364227577 | Account transfer | $55,000.00 | |
| 7/11/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21377350528 07/11 | Account transfer | | ($12,800.00) |
| 7/11/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21377273173 | Account transfer | $1,300.00 | |
| 7/12/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21388870336 07/12 | Account transfer | | ($100.00) |
| 7/15/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21418665861 07/15 | Account transfer | | ($6,500.00) |
| 7/15/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21415981130 07/15 | Account transfer | | ($1,200.00) |
| 7/15/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21414162816 | Account transfer | $7,000.00 | |
| 7/17/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21434572764 07/17 | Account transfer | | ($15,000.00) |
| 7/19/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21456696463 07/19 | Account transfer | | ($28,000.00) |
| 7/19/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21462098698 | Account transfer | $1,500.00 | |
| 7/22/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21482453821 | Account transfer | $4,000.00 | |
| 7/23/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21497017460 | Account transfer | $600.00 | |
| 7/23/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21495630322 | Account transfer | $2,100.00 | |
| 7/24/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21503976623 | Account transfer | $6,000.00 | |
| 7/26/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21529713240 07/26 | Account transfer | | ($1,200.00) |
| 7/26/2024 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21518775913 07/26 | Account transfer | | ($500.00) |
| 7/26/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21529708146 | Account transfer | $3,000.00 | |
| 29-Jul-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21552353979Online Tra | Account transfer | $1,500.00 | |
| 2-Aug-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21604593365 08/02Online ` | Account transfer | | ($9,000.00) |
| 2-Aug-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21606385787Online Tra | Account transfer | $7,000.00 | |
| 2-Aug-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21603721562Online Tra | Account transfer | $35,000.00 | |
| 5-Aug-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21629049747Online Tra | Account transfer | $90,000.00 | |
| 6-Aug-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21644138538 08/06Online ` | Account transfer | | ($175,000.00) |
| 7-Aug-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21650346059 08/07Online ` | Account transfer | | ($35,000.00) |

| Date | | Description | | Deposit | Withdrawal |
|------|------|------|------|------|------|
| 7-Aug-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21654614084Online Trar | Account transfer | $20,000.00 | |
| 13-Aug-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21714278352 08/13Online ` | Account transfer | | ($3,000.00) |
| 13-Aug-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21714282014 08/13Online ` | Account transfer | | ($26,517.80) |
| 14-Aug-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21722866719 08/14Online ` | Account transfer | | ($300,000.00) |
| 15-Aug-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21737583532 08/15Online ` | Account transfer | | ($5,000.00) |
| 16-Aug-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21749646968 08/16Online ` | Account transfer | | ($26,000.00) |
| 16-Aug-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21749311196 08/16Online ` | Account transfer | | ($10,000.00) |
| 19-Aug-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21781582348Online Trar | Account transfer | $2,000.00 | |
| 20-Aug-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21789792869Online Trar | Account transfer | $5,000.00 | |
| 22-Aug-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21805734161Online Trar | Account transfer | $3,000.00 | |
| 22-Aug-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21807679822Online Trar | Account transfer | $8,000.00 | |
| 26-Aug-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21851822353 08/26Online ` | Account transfer | | ($5,850.00) |
| 26-Aug-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21843425408Online Trar | Account transfer | $3,000.00 | |
| 27-Aug-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21859589636 08/27 | Account transfer | | ($33,000.00) |
| 28-Aug-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21870585162 08/28 | Account transfer | | ($20,000.00) |
| 28-Aug-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21870480488 | Account transfer | $1,500.00 | |
| 28-Aug-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21870443018 | Account transfer | $8,000.00 | |
| 28-Aug-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21870379156 | Account transfer | $10,000.00 | |
| 29-Aug-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21881029428 08/29 | Account transfer | | ($300.00) |
| 30-Aug-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21896846223 08/30 | Account transfer | | ($1,000.00) |
| 30-Aug-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 21884393252 08/30 | Account transfer | | ($25,000.00) |
| 3-Sep-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21935829742 | Account transfer | $100,000.00 | |
| 6-Sep-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21979474209 | Account transfer | $20,000.00 | |
| 6-Sep-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21976040087 | Account transfer | $100,500.00 | |
| 11-Sep-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22024808242 | Account transfer | $20,000.00 | |
| 13-Sep-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22050457274 09/13 | Account transfer | | ($13,000.00) |
| 16-Sep-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22069200099 | Account transfer | $7,000.00 | |
| 18-Sep-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22095099831 09/18 | Account transfer | | ($33,000.00) |
| 18-Sep-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22094303881 09/18 | Account transfer | | ($17,000.00) |
| 18-Sep-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22095181243 | Account transfer | $12,000.00 | |
| 19-Sep-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22104712071 09/19 | Account transfer | | ($11,000.00) |
| 20-Sep-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22117254339 09/20 | Account transfer | | ($1,500.00) |
| 23-Sep-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22151997945 09/23 | Account transfer | | ($1,200.00) |
| 23-Sep-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22151998865 | Account transfer | $6,000.00 | |
| 27-Sep-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22195414346 09/27 | Account transfer | | ($700.00) |
| 27-Sep-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22195409258 09/27 | Account transfer | | ($10,800.00) |
| 27-Sep-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22194057609 09/27 | Account transfer | | ($10,750.00) |
| 1-Oct-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22242128483 | Account transfer | $8,000.00 | |

| Date | | Description | | Type | Credit | Debit |
|---|---|---|---|---|---|---|
| 2-Oct-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22250904208 | | Account transfer | $3,000.00 | |
| 2-Oct-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22250824292 | | Account transfer | $32,000.00 | |
| 3-Oct-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22261687157 | | Account transfer | $50,000.00 | |
| 4-Oct-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22273438651 10/04 | | Account transfer | | ($225,000.00) |
| 7-Oct-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22304286172 | | Account transfer | $85,000.00 | |
| 8-Oct-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22318311638 | | Account transfer | $8,000.00 | |
| 8-Oct-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22318268116 | | Account transfer | $20,000.00 | |
| 11-Oct-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22353890580 10/11 | | Account transfer | | ($9,800.00) |
| 15-Oct-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22390267893 10/15 | | Account transfer | | ($2,000.00) |
| 15-Oct-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22388111699 10/15 | | Account transfer | | ($4,000.00) |
| 15-Oct-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22380023122 | | Account transfer | $3,000.00 | |
| 15-Oct-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22373696404 | | Account transfer | $7,000.00 | |
| 16-Oct-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22404663071 | | Account transfer | $4,500.00 | |
| 17-Oct-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22409773808 10/17 | | Account transfer | | ($2,000.00) |
| 18-Oct-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22428914354 10/18 | | Account transfer | | ($1,000.00) |
| 18-Oct-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22424752391 10/18 | | Account transfer | | ($1,000.00) |
| 18-Oct-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22424513249 10/18 | | Account transfer | | ($12,000.00) |
| 21-Oct-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22454426362 | | Account transfer | $8,000.00 | |
| 22-Oct-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22463082178 | | Account transfer | $3,000.00 | |
| 22-Oct-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22465506030 | | Account transfer | $4,000.00 | |
| 22-Oct-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22462286220 | | Account transfer | $18,500.00 | |
| 23-Oct-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22475444318 10/23 | | Account transfer | | ($2,850.00) |
| 25-Oct-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22499266518 10/25 | | Account transfer | | ($400.00) |
| 25-Oct-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22499279880 10/25 | | Account transfer | | ($24,675.00) |
| 28-Oct-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22528376910 | | Account transfer | $100.00 | |
| 28-Oct-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22528384559 | | Account transfer | $2,400.00 | |
| 29-Oct-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22535249982 | | Account transfer | $3,000.00 | |
| 31-Oct-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22557319807 | | Account transfer | $3,250.00 | |
| 1-Nov-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22570602571 11/01 | | Account transfer | | ($9,000.00) |
| 4-Nov-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22613712467 | | Account transfer | $2,200.00 | |
| 4-Nov-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22606366202 | | Account transfer | $65,000.00 | |
| 5-Nov-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22623652730 11/05 | | Account transfer | | ($500.00) |
| 5-Nov-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22623626386 11/05 | | Account transfer | | ($850.00) |
| 5-Nov-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22619827992 | | Account transfer | $3,000.00 | |
| 5-Nov-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22618179732 | | Account transfer | $182,000.00 | |
| 6-Nov-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22634057617 | | Account transfer | $3,000.00 | |
| 8-Nov-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22658432470 11/08 | | Account transfer | | ($19,200.00) |
| 8-Nov-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22652293993 11/08 | | Account transfer | | ($276,000.00) |

| Date | Category | Transaction | Type of Transaction | | |
|---|---|---|---|---|---|
| 12-Nov-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22696572641 11/12 | Account transfer | | ($16,000.00) |
| 13-Nov-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22706847506 11/13 | Account transfer | | ($3,000.00) |
| 18-Nov-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22763429952 11/18 | Account transfer | | ($23,000.00) |
| 22-Nov-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22808561214 11/22 | Account transfer | | ($1,500.00) |
| 25-Nov-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22837380741 11/25 | Account transfer | | ($3,000.00) |
| 26-Nov-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22847923203 | Account transfer | $5,000.00 | |
| 29-Nov-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22874280605 11/29 | Account transfer | | ($1,435.00) |
| 29-Nov-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22874107086 | Account transfer | $5,000.00 | |
| 2-Dec-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22918603715 | Account transfer | $8,000.00 | |
| 2-Dec-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22910695000 | Account transfer | $10,000.00 | |
| 3-Dec-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22923684078 | Account transfer | $70,000.00 | |
| 4-Dec-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22936198807 | Account transfer | $15,000.00 | |
| 5-Dec-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22948963718 12/05 | Account transfer | | ($131,558.50) |
| 6-Dec-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 22968376560 12/06 | Account transfer | | ($3,000.00) |
| 11-Dec-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 23016115535 | Account transfer | $6,000.00 | |
| 13-Dec-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 23039446489 | Account transfer | $4,500.00 | |
| 18-Dec-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 23094295551 | Account transfer | $3,000.00 | |
| 20-Dec-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 23115351100 | Account transfer | $5,500.00 | |
| 23-Dec-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 23140838128 | Account transfer | $3,000.00 | |
| 24-Dec-24 | Mosaic | Online Transfer to CHK ...0301 transaction#: 23165090433 12/24 | Account transfer | | ($5,000.00) |
| 30-Dec-24 | Mosaic | Online Transfer from CHK ...0301 transaction#: 23217379394 | Account transfer | 5000 | |
| 6-Jan-25 | Mosaic | Online Transfer to CHK ...0301 transaction#: 23305086663 01/06Online ` | Account transfer | | ($15,000.00) |
| 8-Jan-25 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23325349784Online Trar | Account transfer | $15,000.00 | |
| 9-Jan-25 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23335263910Online Trar | Account transfer | $40,000.00 | |
| 9-Jan-25 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23335247463Online Trar | Account transfer | $85,000.00 | |
| 13-Jan-25 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23367188741Online Trar | Account transfer | | $10,000.00 |
| 22-Jan-25 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23466211451Online Trar | Account transfer | $3,000.00 | |
| 27-Jan-25 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23519558156Online Trar | Account transfer | $4,000.00 | |
| 29-Jan-25 | Mosaic | Online Transfer to CHK ...1500 transaction#: 23537079195 01/29Online ` | Account transfer | | ($15,000.00) |

| Date | Category | Transaction | Type of Transaction | Transfer from Mosaic to Nord Group LLC | Transfer from Nord Group LLC to Mosaic |
|---|---|---|---|---|---|
| 12/6/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19212772504 | Account transfer | $1,318.17 | |
| 6/27/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 17730096410 | Account transfer | $1,500.00 | |

| Date | Category | Transaction | Type of Transaction | Amount | |
|------|----------|-------------|---------------------|--------|---|
| 6/27/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 17730088148 | Account transfer | $3,500.00 | |
| 10/27/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 18839116638 10/27 | Account transfer | | ($2,000.00) |
| 11/13/2023 | Mosaic | Online Transfer to CHK ...0301 transaction#: 18999305712 11/13 | Account transfer | | ($1,000.00) |
| 10/28/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22516839900 | ACCT_XFER | $2,000.00 | |
| 11/12/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22667433155 | ACCT_XFER | $5,000.00 | |
| 12/9/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22993829529 | ACCT_XFER | $4,000.00 | |
| 12/24/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 23159002669 | ACCT_XFER | $4,000.00 | |
| 12/24/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 23162447648 | ACCT_XFER | $5,000.00 | |
| 12/26/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 23170573227 | ACCT_XFER | $1,300.00 | |

| Date | Category | Transaction (Transfers to account 7027 - Nord Construction for employees employed by Nord Construction for services/time rendered at property) | Type of Transaction | Transfer from Mosaic to Nord Construction | Transfer from Nord Construction to Mosaic |
|------|----------|------|---------------------|---------|---|
| 11/14/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19006777021 | ACCT_XFER | $790.00 | |
| 11/22/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19083088484 | ACCT_XFER | $1,000.00 | |
| 11/22/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19083067008 | ACCT_XFER | $1,948.50 | |
| 12/29/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19429538649 | ACCT_XFER | $1,580.00 | |
| 12/29/2023 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19429537514 | ACCT_XFER | $1,860.00 | |
| 1/4/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19486682055 | ACCT_XFER | $40.00 | |
| 1/4/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19486671152 | ACCT_XFER | $1,820.00 | |
| 1/4/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19486728252 | ACCT_XFER | $2,105.00 | |
| 1/8/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19521049319 | ACCT_XFER | $73.33 | |
| 1/19/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19621866491 | ACCT_XFER | $87.08 | |
| 1/19/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19622064976 | ACCT_XFER | $1,500.00 | |
| 1/19/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19622056415 | ACCT_XFER | $1,660.00 | |
| 1/26/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19680382563 | ACCT_XFER | $2,000.00 | |
| 1/29/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19705825927 | ACCT_XFER | $500.00 | |
| 1/29/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19707178396 | ACCT_XFER | $1,849.50 | |
| 2/5/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19784012353 | ACCT_XFER | $1,000.00 | |
| 2/5/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19784074047 | ACCT_XFER | $1,145.83 | |
| 2/5/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19783937954 | ACCT_XFER | $1,831.93 | |
| 2/15/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19876409937 | ACCT_XFER | $108.00 | |
| 2/15/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19876370735 | ACCT_XFER | $1,145.83 | |
| 2/15/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19876483975 | ACCT_XFER | $1,440.00 | |
| 2/15/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19876451099 | ACCT_XFER | $1,860.00 | |
| 2/15/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 19876330021 | ACCT_XFER | $2,455.70 | |

| 2/29/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20010371585 | ACCT_XFER | $360.00 |
|---|---|---|---|---|
| 2/29/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20010397163 | ACCT_XFER | $495.00 |
| 2/29/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20010360241 | ACCT_XFER | $720.00 |
| 3/14/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20154424886 | ACCT_XFER | $1,080.00 |
| 3/14/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20154428165 | ACCT_XFER | $1,440.00 |
| 3/14/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20155238912 | ACCT_XFER | $1,471.25 |
| 3/18/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20192648418 | ACCT_XFER | $2,458.76 |
| 3/29/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20300955465 | ACCT_XFER | $261.25 |
| 3/29/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20300876136 | ACCT_XFER | $720.00 |
| 3/29/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20300898713 | ACCT_XFER | $1,440.00 |
| 3/29/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20300960204 | ACCT_XFER | $2,225.37 |
| 4/16/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20486725867 | ACCT_XFER | $453.75 |
| 4/16/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20486666937 | ACCT_XFER | $2,073.84 |
| 4/26/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20587108955 | ACCT_XFER | $1,620.00 |
| 4/26/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20586841513 | ACCT_XFER | $1,636.50 |
| 4/29/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20610666499 | ACCT_XFER | $1,620.00 |
| 4/30/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20621271433 | ACCT_XFER | $720.00 |
| 5/10/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20739959748 | ACCT_XFER | $720.00 |
| 5/10/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20736491064 | ACCT_XFER | $872.00 |
| 5/10/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20740003560 | ACCT_XFER | $1,800.00 |
| 5/24/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20882314671 | ACCT_XFER | $288.75 |
| 5/24/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20882247620 | ACCT_XFER | $3,647.00 |
| 5/29/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 20918352308 | ACCT_XFER | $1,000.00 |
| 6/7/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21031604623 | ACCT_XFER | $261.25 |
| 6/7/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21031648759 | ACCT_XFER | $2,062.00 |
| 6/24/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21178317266 | ACCT_XFER | $797.50 |
| 6/26/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21212072602 | ACCT_XFER | $2,252.50 |
| 7/5/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21318221714 | ACCT_XFER | $444.95 |
| 7/31/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21572402201 | ACCT_XFER | $684.44 |
| 7/31/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21572517576 | ACCT_XFER | $1,736.17 |
| 7/31/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21572536485 | ACCT_XFER | $2,133.50 |
| 8/2/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21603881087 | ACCT_XFER | $137.36 |
| 8/2/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21603900281 | ACCT_XFER | $774.58 |
| 8/2/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21603817036 | ACCT_XFER | $1,050.76 |
| 8/2/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21603829640 | ACCT_XFER | $4,154.50 |
| 8/16/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21749323196 | ACCT_XFER | $2,406.25 |
| 8/16/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21749223261 | ACCT_XFER | $2,420.00 |
| 8/30/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21884387944 | ACCT_XFER | $728.75 |

| Date | | Description | Type | Amount |
|---|---|---|---|---|
| 8/30/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 21884410535 | ACCT_XFER | $3,456.50 |
| 9/13/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22050321184 | ACCT_XFER | $689.00 |
| 9/13/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22050336690 | ACCT_XFER | $1,590.42 |
| 9/27/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22193814319 | ACCT_XFER | $1,858.00 |
| 9/27/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22193789219 | ACCT_XFER | $2,480.50 |
| 10/10/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22340117926 | ACCT_XFER | $725.25 |
| 10/25/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22499275894 | ACCT_XFER | $3,192.00 |
| 11/8/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22654188271 | ACCT_XFER | $132.00 |
| 11/8/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22654083204 | ACCT_XFER | $1,768.00 |
| 11/22/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22808386036 | ACCT_XFER | $357.50 |
| 11/22/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22808314518 | ACCT_XFER | $1,624.00 |
| 12/6/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22964487224 | ACCT_XFER | $474.87 |
| 12/6/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22964610424 | ACCT_XFER | $600.00 |
| 12/6/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22964499243 | ACCT_XFER | $792.00 |
| 12/6/2024 | Mosaic | Online Transfer from CHK ...0301 transaction#: 22964567691 | ACCT_XFER | $2,400.00 |
| 1/2/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23256541260 | ACCT_XFER | $400.00 |
| 1/2/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23256531570 | ACCT_XFER | $400.00 |
| 1/2/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23256512199 | ACCT_XFER | $400.00 |
| 1/2/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23256515900 | ACCT_XFER | $1,200.00 |
| 1/2/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23257065596 | ACCT_XFER | $2,284.50 |
| 1/2/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23256157987 | ACCT_XFER | $5,686.00 |
| 1/2/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23256407787 | ACCT_XFER | $6,799.28 |
| 1/2/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23256457453 | ACCT_XFER | $8,000.00 |
| 1/2/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23256395171 | ACCT_XFER | $11,400.00 |
| 1/3/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23256437736 | ACCT_XFER | $11,400.00 |
| 1/13/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23372857240Online Trar | Account transfer | $5,600.00 |
| 1/17/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23425035989Online Trar | Account transfer | $400.00 |
| 1/17/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23424953103Online Trar | Account transfer | $540.00 |
| 1/17/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23424957989Online Trar | Account transfer | $600.00 |
| 1/17/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23425041703Online Trar | Account transfer | $900.00 |
| 1/17/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23421074686Online Trar | Account transfer | $1,748.39 |
| 1/17/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23424902806Online Trar | Account transfer | $1,920.00 |
| 1/17/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23424992605Online Trar | Account transfer | $2,400.00 |
| 1/17/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23420955625Online Trar | Account transfer | $3,936.00 |
| 1/17/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23420947961Online Trar | Account transfer | $5,520.00 |
| 1/17/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23424862297Online Trar | Account transfer | $7,200.00 |
| 1/17/2025 | Mosaic | Online Transfer from CHK ...1500 transaction#: 23424871126Online Trar | Account transfer | $9,600.00 |